## Commonwealth *v.* Reno, Appellant.

Submitted November 14, 1966. *Harrison D. Reno*, appellant, in propria persona; *George E. James*, Assistant District Attorney, and *Robert J. Masters*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ribblett, Appellant.

Argued November 16, 1966. *Gilbert E. Caroff*, for appellant; *Thomas A. Swope, Jr.*, Assistant District Attorney, with him *Robert J. Cassidy*, First Assistant District Attorney, and *Ferdinand F. Bionaz*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Shaffer, Appellant.

Argued November 17, 1966. *Frank R. Bolte*, for appellant; *Elmer T. Bolla*, Deputy Attorney General, with him *Edward Friedman*, Attorney General, for Commonwealth, appellee.

Order affirmed.